

Joseph & Norinsberg
Fighting for Employee Justice

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____02/26/2026

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

February 26, 2026

<u>Via ECF</u>
Hon. Katharine H. Parker
United States District Court Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Johnson v. Royal Green Appliances
25 CV 10190 (JHR)(KHP)

Dear Judge Parker:

We represent the Plaintiff in this matter. This letter is written to request an adjournment of the hearing scheduled for March 9, 2026, as well as an adjournment of the time to submit a case management plan. These dates were set in Your Honor's order, dated December 11, 2025.

We have served the summons and complaint, along with the December 11, 2025, order, twice on the Defendant. The most recent service was on February 20, 2026. We have not heard back from either the Defendant or its counsel.

As there is no attorney for the Defendant to work with, and we would rather not take a default on this matter, we respectfully request that the conference and date to submit a case management plan be adjourned. This is the first request for this adjournment. Please note that I will be on vacation the week of April 13, 2026.

Thank you for your consideration of this request.

**APPLICATION GRANTED:** The Initial Conference set for 3/9/2026 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Wednesday, April 22, 2026, at 11:00 a.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

02/26/2026

Sincerely,
/s/ Robert Schonfeld
Robert L. Schonfeld, Esq.