# Joseph & Norinsberg
### Fighting for Employee Justice

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/20/2026

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

May 20, 2026

*Via ECF*
Magistrate Judge Katharine Parker
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Johnson v. Royal Green Appliances, Inc.
1:25-CV-10190

Dear Magistrate Judge Parker:

We represent the Plaintiff in this matter.

Please take notice that the parties have settled the above-captioned case in principle. Plaintiff anticipates dismissing this action with prejudice within 60 days from the date of this notice. The parties respectfully request all currently pending deadlines in the action be adjourned *sine die.*

Sincerely,
*/s/ Robert Schonfeld*
Robert L. Schonfeld, Esq.

Cc: Nolan Klein, Esq.

**APPLICATION GRANTED:** In light of the parties' representation that they have settled this matter, the Initial Case Management Conference previously scheduled for June 1, 2026 is hereby adjourned sine die.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

05/20/2026